UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CLASSIC HARVEST LLC, <br><br> Plaintiff, <br><br> v. <br><br> FRESHWORKS LLC, CRISP HOLDINGS, LLC d/b/a/ FRESH ROOTS, FRESH ROOTS LLC, CHS HOLDINGS LLC, AGRIFACT CAPITAL LLC and JOSEPH T. CERNIGLIA, PHILLIP COLEMAN, DAVID R. GATTIS, JONATHAN S. GREEN, TIMOTHY G. HARRISON, CARL L. PERRY, and CHARLES H. SCHUCHARDT, each individually, <br><br> Defendants. | CIVIL ACTION <br><br> Case No. |

**CERTIFICATE OF INTERESTED PERSONS AND
RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Classic Harvest LLC ("*Plaintiff*"), by and through its undersigned counsel, respectfully submits this Certificate of Interested Persons and Corporate Disclosure Statement, pursuant to Local Rule 3.3 and states as follows:

1. The undersigned counsel of record for [the Plaintiff in] this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% of more of the stock of a party:

**REPONSE**:

Classic Harvest LLC. (the "*Plaintiff*") is a New Jersey limited company with offices located at One Kalisa Way, Suite 206, Paramus, New Jersey, 07652. Plaintiff hereby certifies that it does not have any parent corporation or any

publicly held corporation that owns 10% or more of Plaintiff's stock. Defendants are:

    (a)    Freshworks LLC (*"Freshworks"*) is a Georgia limited liability corporation with its principal place of business located at 5174 McGinnis Ferry Road, Suite 221, Alpharetta, Georgia 30005;

    (b)    CRISP Holdings LCC d/b/a Fresh Roots (*"Company"*) is a Delaware limited liability company, and a subsidiary of the Freshworks, with offices, *inter alia*, at 2190 Brandon Trail, Alpharetta, GA 30004 and 2049 E. Joyce Blvd., Suite 200, Fayetteville, Arkansas 72703;

    (c)    Fresh Roots LLC (*"Fresh Roots"*) is a California limited liability company that operates out of 2049 E. Joyce Blvd., Suite 200, Fayetteville, Arkansas 72703;

    (d)    CHS Holdings LLC (*"CHS"*) is an Arkansas limited liability company;

    (e)    Joseph T. Cerniglia (*"Cerniglia"*);

    (f)    Phillip Coleman (*"Coleman"*);

    (g)    David R. Gattis (*"Gattis"*),

    (h)    Jonathan S. Green (*"Green"*),

    (i)    Timothy G. Harrison (*"Harrison"*),

(j)     Carl L. Perry ("*Perry*"),

(k)     Charles H. Schuchardt ("*Schuchardt*"),

(l)     Agrifact Capital LLC ("*Agrifact*") is a Delaware limited liability company with its principal place of business located at 1010 Cass Street, Suite D8, Monterey, California 93940.

2. The undersigned further certifies that the following is a complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest could be substantially affected by the outcome of this particular case:

**REPONSE**: Please see Exhibit A attached hereto an incorporated herein by this reference. Plaintiff hereby states that all of the Defendants properly perfected PACA trust beneficiaries hold an interest that could be substantially affected by the outcome of this particular case. Upon information and belief, the attached list of entities sold produce to the Defendants for which they have not been paid. As such, each of the companies identified in Exhibit A hereto may possess a "financial or other interest" that could be substantially affected by the outcome of this particular case.

3. The undersigned further certifies that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

**REPONSE**: Plaintiff hereby certifies that it does not have any parent corporation or any publicly held corporation that owns 10% or more of Plaintiff's stock.

Mark A. Gilbert, Esq.
COLEMAN TALLEY LLP
3475 Lenox Road NE, Suite 400
Atlanta, Georgia 30326
Telephone: (770) 698-9556
E-mail: mark.gilbert@colemantalley.com
*Local Counsel for the Plaintiff*

Jason R. Klinowski, Esq.
   (*Pro Hac Vice* application forthcoming)
WALLACE JORDAN RATLIFF
& BRANDT LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 300
Birmingham, Alabama 35209
Telephone: (205) 874-0371
E-mail: jklinowski@wallacejordan.com
*Lead Counsel for Plaintiff*

Craig A. Stokes, Esq.
STOKES LAW OFFICE LLP
3330 Oakwell Court, Suite 225
San Antonio, Texas 78218
Tel: (210) 804-0011
E-mail: cstokes@stokeslawoffice.com
*Counsel for CRISP Holdings LLC d/b/a Fresh Roots*

Submitted this 25th day of August, 2015.

**CLASSIC HARVEST LLC**

/s/ Mark A. Gilbert, Esq.

Mark A. Gilbert, Esq.
COLEMAN TALLEY LLP
3475 Lenox Road NE, Suite 400
Atlanta, Georgia 30326
Telephone: (770) 698-9556
Facsimile: (770) 698-9729
E-mail: mark.gilbert@colemantalley.com
*Local Counsel for the Plaintiff*

Of Counsel:

Jason R. Klinowski, Esq.
   (*Pro Hac Vice* application forthcoming)
WALLACE JORDAN RATLIFF
& BRANDT LLC
First Commercial Bank Building
800 Shades Creek Parkway, Suite 300
Birmingham, Alabama 35209
Telephone: (205) 874-0371
Facsimile: (205) 874-3287
E-mail: jklinowski@wallacejordan.com
*Lead Counsel for Plaintiff*