IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

CLASSIC HARVEST LLC,

                    Plaintiff,

    v.                                                          1:15-cv-2988-WSD

FRESHWORKS LLC, et al.,

                    Defendants.

## ORDER

This matter is before the Court on AgriFact Capital, LLC's ("AgriFact") Motion Pursuant to Rule 56(d) Regarding Discovery [96]. In view of Classic Harvest LLC's representation that it seeks to withdraw without prejudice its Motion for Partial Summary Judgment [86] (See Tr. of Feb. 19, 2016, Teleconf. at 21), AgriFact's Motion Pursuant to Rule 56(d) is denied as moot.

Also before the Court is AgriFact's Motion for an Order Regarding CRISP Holdings, LLC's ("CRISP") Uncollected Receivables [104]. The parties represent that, if periodic status updates on collections are provided, CRISP's counsel should continue to collect CRISP's outstanding accounts receivable ("Outstanding Receivables") in accordance with Paragraphs 16-17 of the Court's September 4th Order [24]. (See Tr. of Feb. 19, 2016, Teleconf. at 21). AgriFact's Motion thus is

denied as moot.  The total amount of the Outstanding Receivables is, at least,

approximately $570,000.  (See [126]; compare [41.2]).  As of the date of this

Order, CRISP has paid only $26,145.04 into the Registry of the Court, despite

representations that it is issuing demands for payment of certain invoices and is

engaged in discussions with some CRISP customers to resolve payment issues.[1]

(See [137]).  In view of the parties' request, and to ensure compliance with the

Court's September 4th Order and the timely collection of the Outstanding

Receivables, counsel for CRISP will be required to provide periodic reports on the

status of collections, as detailed below.

---

[1]     The funds paid into the Registry of the Court are as follows:

| Date | Receipt No. | Amount |
|---|---|---|
| October 23, 2015 | 77729 | $4,301.42 |
| October 23, 2015 | 77724 | $66.48 |
| November 23, 2015 | 78558 | $4,165.00 |
| December 2, 2015 | 78759 | $2,779.94 |
| January 11, 2016 | 79769 | $575.37 |
| February 29, 2016 | 81070 | $991.80 |
| March 16, 2016 | 81626 | $5,256.96 |
| March 16, 2016 | 81625 | $1,238.97 |
| March 23, 2016 | 81787 | $3,715.76 |
| March 24, 2016 | 81826 | $1,562.50 |
| April 8, 2016 | 82194 | $1,490.84 |
| | Total: | $26,145.04 |

It appears that the deposits on October 23, 2015, consisted of cash on deposit in CRISP's bank accounts, and were not payments made on Outstanding Receivables. (See [41.2]).  The source of the remaining funds is unclear.

Accordingly,

**IT IS HEREBY ORDERED** that, on or before the first and fifteenth of each month, beginning on May 1, 2016, counsel for CRISP shall file on the docket for this case, a report showing the status of the efforts to collect each of CRISP's Outstanding Receivables, including (1) the total receivables, (2) the date on which each invoice evidencing each receivable was billed, (3) the date and action taken to collect each receivable, (4) the customer's response, and (5) the efforts to resolve disputed invoices.

**IT IS FURTHER ORDERED** that AgriFact's Motion for an Order Regarding CRISP's Uncollected Receivables [104] is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that Classic Harvest LLC's Motion for Partial Summary Judgment [86] is **WITHDRAWN** without prejudice to renew.

**IT IS FURTHER ORDERED** that AgriFact's Motion Pursuant to Rule 56(d) Regarding Discovery [96], is **DENIED AS MOOT**.

**SO ORDERED** this 15th day of April, 2016.

_____
WILLIAM S. DUFFEY, JR.
UNITED STATES DISTRICT JUDGE

3